UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

YUXIANG WANG,

Petitioner,

v.

JAMES JANECHA, Warden of the Adelanto ICE Processing Center, et al.,

Respondents.

No. 5:26-cv-04074-JDE

ORDER REGARDING FIRST AMENDED PETITION

On July 21, 2026, Yuxiang Wang ("Petitioner"), through counsel, filed a Petition for Writ of Habeas Corpus challenging her detention by immigration authorities. Dkt. 1. Respondents filed a Response on July 28, 2026. Dkt. 8. Although the parties claimed Petitioner's detention was governed by 8 U.S.C. § 1231(a), recent Ninth Circuit authority suggested that Petitioner's March 10, 2026 in absentia removal order was not yet administratively final at the time of her arrest. See Cui v. Garland, 13 F.4th 991, 996 (9th Cir. 2021). As neither party addressed the applicability of Cui, on August 4, 2026, the Court ordered further briefing, giving Petitioner the option to file a First Amended Petition, in the alternative. Dkt. 9 ("Order"). On August 11, 2026, Petitioner filed a

First Amended Petition, seeking, inter alia, immediate release. Dkt. 10 ("FAP").

On August 18, 2026, Respondents filed a Response to the FAP, acknowledging that Petitioner is "seeking an order requiring Respondents to release her from immigration custody," and stating they "are not presenting an opposition argument at this time" and "[s]hould the Court enter relief, judgment may be entered, and consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter." Dkt. 11. Petitioner filed a Reply the same day. Dkt. 12.

As the Court noted in the Order, it appears Petitioner may have been taken into custody based on the erroneous belief that she was subject to a final order of removal. Respondents do not dispute this in their Response, and instead, offer no opposition argument. The Court deems the lack of any opposition in their Response as consent by Respondents to the primary relief sought in the FAP, that is, Petitioner's release from immigration detention. Cf. C.D. Cal. Local Civil Rule 7-12. Petitioner's other requests for relief are denied as moot, unsupported, and/or speculative due to the relief granted herein.

IT IS ORDERED that Judgment shall be entered: (1) granting the FAP, in part, and ORDERING Respondents to immediately release Petitioner Yuxiang Wang (A# 209 089 500) from custody, subject only to narrowly tailored conditions of release no more restrictive than necessary to ensure her appearance as required and to protect the community, if any; and (2) denying the FAP without prejudice in all other respects as moot and/or speculative.

Dated: August 18, 2026

JOHN D. EARLY
United States Magistrate Judge