UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| YUXIANG WANG,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECHA, Warden of the Adelanto ICE Processing Center,, et al.,<br><br>Respondents. | No. 5:26-cv-04074-JDE<br><br>JUDGMENT |

In accordance with the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the First Amended Petition is: (1) granted in part, with Respondents ORDERED to immediately release **Petitioner Yuxiang Wang (A# 209 089 500)** from custody, subject only to narrowly tailored conditions of release no more restrictive than necessary to ensure her appearance as required and to protect the community, if any; and (2) denied without prejudice in all other respects.

Dated: August 18, 2026 ____

JOHN D. EARLY
United States Magistrate Judge